Zimmerman, J.,
dissenting. In my opinion the claimant herein presented sufficient evidence to support the determination by both the Court of Common Pleas and the Court of Appeals that she was available for work and willing to accept employment for which she was reasonably fitted, within the meaning and intent of Section 1345-6, General Code (121 Ohio Laws, 348), which was the statutory enactment applicable to the instant case.
The judgments below are in accord with the pronouncements of this court in Leonard, v. Unemployment Compensation Board of Review, 148 Ohio St., 419, 75 N. E. (2d), 657, and it seems to me that the effect of the majority opinion is to place in the controlling statute language which the General Assembly omitted.
Section 1345-33, General Code, enjoins a liberal construction of the Unemployment Compensation Act.
Hart, J., concurs in the foregoing dissenting opinion.